mr Willie R Griffin
General Delivery
Omaha NE 68108

U.S FEDERAL COURT OF THE DISTRICT
OF IDAHO
Biefing

U.S. COURTS
APR 03 2017
Recvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

V

Mr Dumble, or Cookey no address
~~Catholic Chanit.ses~~
Southern 1501 los Vegas
Blvd. Nev 89106
Pacific Garden Mission
1458 So Canal
Chicargo IL 60607
University Medical
Center 2500 N State
St Jackson MS 39216

Gateway Rescue
Mission 418
Gallatin St
Jackson MS 39203
Omaha Police
505 S. 15 St
NE 68102

Civil 1:17-CV-142-REB

   I am bring a L aw sue aginst the Shelter for $50Trillion Dollar an the Sate of Nebraska, and the CIty Omaha, and the city of Las Vegasd, and the state of Nevada, and I llinoise, and the City of Chicarago. For conspiracy,and conspirce, and adding a microphone protesting, and demanstraition, and rocketear from, a nother State, and,and stilling, froud, and of temping murder the Million, or Millier family number in the State of Mississpi ad well as me if I would go their. On 1/11/17 I stay at the Shelter in Las Vegas while I was their I had to a give my Tobacco to the Guard in the Bage room. To put in my belonging for I can pick it up in the morning timek. When the morning timegot here the Guard, or Personnel said he do to have my Tobracoco. He till me that I can file a complant, so I went in to the day shelter, and thay gave me a complant form, and I fill it out. Mr Mayer Whom was to aswner the complant did not, he never got back to me, and I wated for two week. The day Shelter threaten to kill the hole Million Family, and frend . Thay call Missississip on their Microphone, and Telephone, and told them that. The Security are work to gither with the microphone men to help him announce ervery thing I do. The Microphone men, or such be brought to Court for qusitioning. the Foreigner on the internet is aginst the law. Thay are committing crime, and wars using computer. Conputer can not be use for that purpose to broke the Law, but it is was use to conmittement a crime aginst Willie R Griffin a crime that is publshble inpresonment. my these foreigner security ,or plan cloth men. The microphone men is a rocketear from Ricdmen  Vingina that Micophone men isthat broad cast my Soical Security ,and creited card and pin number, and tring to git me Rober ,and Kill. That have police men to ad then like it was the crime committed by me.bunch of anlgre Dederor. I this rockertear cookey, and dumble that the police would not pick up for rocketearing . I file in 10 federal  aginst guy ,and know body pick him up. He musch be running a foreigner murder agency. What is he a hoollong. He seem to want to fellow me a around   What is the crime? Who are these security  people boss? The nurise have to use a microphone to contect me to? This guy I call cookey have a microphone to contect me to? Every body now have a microphone that want to call through the Street. The microphone men thank he my boss, or my superviser, or governor ,and he thank I am his slave, and if I do not do what he want he will Just call the Police, and suppose run the street , and look for. That are illagcally tracking Willie R Griffin. If a foreigner git a job in this country ,and bumble is his leader in this country. It seem to

me that he give then order throught his microphone ,and he not their Boss. He have ease droping mechine ,an d mine reading Mechine . Thay call State to State for the hole general pulbic can hear then, and his people come to help him . that all stick to gatter on everything thay do . It know Security Job That are doing. Are thay licenses ? Did that pass a commen scent test to be come a security Guard? Did that pass any test at all.                All thay do is still, and herass people,and tring to in slave then. On 2/10/17 in Mississsissp tring to git housing I had to stay in the Shelter their. And the Shelter told me that we have to sent are new in- take to take a TB test. I went to the clinic, and the Nurise told me that had to have a blood test to git a clearce card for TB. I told her that I had it before, and it was teated , and all I have to do is take a cheat x ray. I gave her the two housipal were I was treat at. The Nurise is now tring to make me take her blood test, and is microphone all over Chicargo, and he is Millpractice on people, and it a chest x ray suppose be take. The security guardis call me a lie if that she siad, and told me to live the the Shelter,and all I told him is it would take two week to git back the anwner she want On 2/8/17 Chicarago in the Shelter the security told me that I can not put my food in my locker.I siad It not in the rule that know body can have food in their locker, orsiad thay can not bring food in to the building ,and put in the your locker .I *have a rule booket , ,and it do not have it in it eigther.*

I am suing the Shelter mission for $50 Trillion Dollar an the Sate of Nebraske, and the City Omaha , and the City of Las Vegas and the State of Nevada, and I Illinoise.and the City of Chicarago. For conspiracy, and conspirce, and and conspirce, and ading,and froud interefearing personnal affair stiling,Robery temp of muder ,and muder,slander ,and herasment,use a computer committe crime by foreigner,a unlawful act puishble by inpersonment Illigcal tracking,and slander, and illigcally contacting by microphone to orgennine crime,blackmale, rocketear,and protest a attorney,millpracitise by illigcal proceere. Starting war aginst attorney. A unlawful act.I want the sue for $50Trillion Dollar, to be put pinson for 90,and the Death pented.

Fact
Las Vegas

It a fact that the man in the bage room in Las Vegas took the tobacco in his hand to put in my bag,and it was not their in the morning time.

It a fact that the day shelter call,or microphone to missississip,and threaten to kill million, and millier .

It a fact that thay are tring to git computer information from pacer Electronic records,and give to the micphone man.

It a fact that thay git information from gayhound Security for thay would know were I am going.

Jackson Missississp Nurise

It a fact that the security did not let me stay thair when I explain that it would take 2 week for thay can information back from a nother housipal .

It is a fact that wone you ever had TB that you have to take a chest x ray to seeif it you are clear.

It a fact that you can not take blood test after you had , and see if it is clear

It a fact that she is tring to help the microphone man out.

Chicargo shelter

It a fact that you can put food in your lock room.

It a fact that thay did not let me put my food in my lock room.

It a fact that it is not in the rule booket know wonel can not have Food in their Locker It not in it written.

It a fact that the Security is tring to I help the microphone out by doing these kind thing, because the micophone man is a foreingner,and thay stick to gather.

### Relief

Nurse can not may a cline give blood for TB,and it not the proceer for what ever the case cause for.

Relief: Secuity can not call me a lie went he do know wan not their.

Relief: These Security poeple unqaulifie to ever to git in vovole in such matter of cline, and none cline.

Relief: Security is not qaulifie to git in housial matter.

Relief: Security must stop ask the library for computer information on what people got on their computer.

### Causes

Cause: The Security want to my boss to in slave Willie R Griffin.
Cause: The security want to help the rocketear on their Mission to git information on me.
Cause: Thay want to help some one that thay do not know their rail name.
Cause: Thay hate Back Peopls, and do not want them to have any money.

### Clain

Clain: I am clain that lie is be bing brough aginst Willie R Griffin.
Clain: I am claining that security do not till the truth.
Clain: I am claining that the security take the Tobracco for him self.
Clain: I am claining that the security in helping the microphone men.
Clain: I am claining that the microphone men is their leader

## Belive

### Las Vegas

Security: belive that thay do not have to give any thing back ,or put any thing in your bay.

Security: belive that thay should ,cause a war aginst Willie R Griffin.

Security: belive that thay should give out conferde3nal information to a unknow micophone men.

Security: belive that thay should give Gayhound informationbout to were I a going.

Security: belive that thay should help any person on a microphone that thay think is the polices.

### Security in Jackson missississip

Security: In the shelter think he is suppose help the nurise in the Unversity Housipal , do not know housipal peoceer,,but he think he throw them out

### Security In Chicargo Illinose

Security: Do not know Housipal proecer ,do not know what to say If a person say that It would take weeks to git the information that need,he will throw you out , and call a lie.This a force paly to make you go a long with them.

### Unveresity Houaipl in chicargo

The nurise do not know what step to take went a person come to themand till them that thay had TB before , and it was treated . the nurise do not know what porecer to take.

Polygrahp Testing
Queitioning

Police Dept: Do you lit poeple protest other poeple in your City?yes,or no.

police Dept: Do you lit people rocketear though your state?yes ,or no.

Police Dept: did lit the micophone man Name Dumble Rocketear though the State?yes, or no

Police Dept: Did you lit the micophne man Name cookey ,or Double Portest Willie R Griffin? Yes, or no

Do you know his full Name ?yes, or no.

police Dept: Do you know that the microphone man is contact people laidy , and braind washing them ,or corrupting thair live,or relationship in thaire sleep by use his microphone that go though their pillow? Yes, or no.

Micophone men

Are you braind wash people in their sleep? Yes, or no     Do you contact people in their sleep with your microphone to braind wash them?yes,or no.

Las Vegas Security     How monney people lose their cloth in your bageroom Is 20 a year?yes or no.     Is it 50?yes or,no,or a 100 a year.

I am suing the Shelter Mission For $50 Trillion dollar an the State of Nebraskle, and the City of Omaha, and the City of Las Vegas ,and the State of Neveada, and I illinoise,and the City of Chicarago. for conspiracy. and conspirce ,and   ading, and racalism by ethic group, froud interefearing personnal affair stiling, Robery, temp of muder, and muder, slalnder, and herasment, a use a computer to committe crime by foreigner,a unlawful acr puishble  by inprisonmemt Illigacal trackiong, and Illiacal sping,slander,andf illigcally contacting byu microphone to orgennzie crime, blackmalle ,rocketear, and protest a attorney ,millpracitise byu illigcal proceere starting war aginst attornery. A unlawful act. I want the sue for $50trilion Dollar, and put in to federal prisonmemt for 90 year or the Death pented.

Motion
for
Polygraph testing

|
|
|
|
|
|
|
|

Polygraph admittion test for results fact, and evidence, and truth, because lie, and froud might be brought of aginst him, or her and to give fact, and the truth to refuse is to admit to guilt, My ground,or conspiracy,conspire, conspicuous. My clain is that lie is brought aginst him, or her . Clain that unfair doing is done aginst him. Clain that the people are tring to make belive. I want polygraph testing resolutive.

Las Vegas

What is Dumble rail Nane can you till the court ?yes,or no
Is Dumble the lead of your Security in this country?yes, or no
who in your Boss, and agency, or business can you till the Court?yes,or no
Is your plain to arrest all black american?yes , or no
Did Mr Willie R Griffin put the tobracco in your hand ?Yes, or no.
Did you call, or micophone to Jackson Mississsissp,and threat to kill the Million,or millier familly?yes,or no
how did you know who was the Million family ,and the millier family?Can you till the Court?   Did you git it off the computer?yes, or no
Did you microphone to chicarago Illinoise tring to git them to help you?yes , or no.
Can you till the Court what of bout?Yes, or no
Did you Micophone to Omaha Nebraska?yes , or no
Can you till the Court what of bout?yes , or no
Are you tring to help Dumble kill Willie R Griffin.?yes,or no
You are your Security tring to help the microphone in slave Mr Willie R Griffin?Yes, or no
Do you gave the microphone man information on Willie R Griffin?yes,no
Can you till the Court What was the information

Jackson Missississp Nurise

the nurise do you know what to do if a preson came to her ,and till you he had TB , and it had been tread would you make them take a blood test?yes, or no
Would you ask them take a chest x ray?yes, or no
Do you work with the guard at the shelter ?yes,or no
If you say it would be two week would he wate?yes ,or no

Security of the gateway shelter

Do you know housipal proceerer on TB testing?Yes, or no
Can you till the Court why you would throw people out ?yes, or no
Do you wate for the nurise the call you to till you that It would take 2 week?yes,or no

Chicarago Illinose shelter

Can you bring in food to put in your locker ?yes, or no.Thair is nothing in the rule Booket that say that you can not bring food is it?yes, or no,and upt in to your Locker?yes,or no

Polygraph Qusitioning

The Micophone Men that I call cooky,or Dumble

Was you the look out went that kill my frist clain?yes, or no.
Did you help them by be a look out ?yes, or no.
Can you till the court why you are fellow me for?yes, or no.
How menney State you fellow me to and made your annousement can you till the court?yes or no.
Was you tring to stop me for file a Law sue?yes, or no
Was you tring to stop me for working for my self?yes, or no.
Was you tring to destorey my Law sue by tring to up set me bout my pass history,and pass court evince by take to me all the time I was written?yes, or no.
Is it more them 30 people in your rocketear game?yes, or no.
Was you tring to destorey my Attorney business ?yes, or no.
Was you tring to stop me for buing a Car?yes, or no.
Was you tring tostop me for buing a motorbicke?yes, or no.
Was you talking to them on you microphone ?yes, or no.
Did you use Security personnel to go their?yes , or no
Are you a leader of must of these Security Guard,because thay are foreigner , because you are thare leaded from a nother Country?yes, or no.
The security people Boss is their boss, but you are their leader?yes , or no.
If you till them sometime thay will do it for you?yes, or no.
The Foreiger of the general Pulbic would help you to?yes,or no.

Las Vegas

What is Dumble rail Nane can you till the court ?yes,or no
Is Dumble the lead of your Security in this country?yes, or no
who in your Boss, and agency, or business can you till the Court?yes,or no
Is your plain to arrest all black american?yes , or no
Did Mr Willie R Griffin put the tobracco in your hand ?Yes, or no.
Did you call, or micophone to Jackson Mississsissp,and threat to kill the Million,or millier familly?yes,or no
how did you know who was the Million family ,and the millier family?Can you till the Court?  Did you git it off the computer?yes, or no
Did you microphone to chicarago Illinoise tring to git them to help you?yes , or no.
Can you till the Court what of bout?Yes, or no
Did you Micophone to Omaha Nebraska?yes , or no
Can you till the Court what of bout?yes , or no
Are you tring to help Dumble kill Willie R Griffin.?yes,or no
You are your Security tring to help the microphone in slave Mr Willie R Griffin?Yes, or no
Do you gave the microphone man information on Willie R Griffin?yes,no
Can you till the Court What was the information

Jackson Missississp Nurise

the nurise do you know what to do if a preson came to her ,and till you he had TB , and it had been tread would you make them take a blood test?yes, or no
Would you ask them take a chest x ray?yes, or no
Do you work with the guard at the shelter ?yes,or no
If you say it would be two week would he wate?yes ,or no

Security of the gateway shelter

Do you know housipal proceerer on TB testing?Yes, or no
Can you till the Court why you would throw people out ?yes, or no
Do you wate for the nurise the call you to till you that It would take 2 week?yes,or no

Chicarago Illinose shelter

Can you bring in food to put in your locker ?yes, or no.Thair is nothing in the rule Booket that say that you can not bring food is it?yes, or no,and upt in to your Locker?yes,or no

Las Vegas

What is Dumble rail Nane can you till the court ?yes,or no

Is Dumble the lead of your Security in this country?yes, or no

who in your Boss, and agency, or business can you till the Court?yes,or no

Is your plain to arrest all black american?yes , or no

Did Mr Willie R Griffin put the tobracco in your hand ?Yes, or no.

Did you call, or micophone to Jackson Mississsissp,and threat to kill the Million,or millier familly?yes,or no

how did you know who was the Million family ,and the millier family?Can you till the Court? Did you git it off the computer?yes, or no

Did you microphone to chicarago Illinoise tring to git them to help you?yes , or no.

Can you till the Court what of bout?Yes, or no

Did you Micophone to Omaha Nebraska?yes , or no

Can you till the Court what of bout?yes , or no

Are you tring to help Dumble kill Willie R Griffin.?yes,or no

You are your Security tring to help the microphone in slave Mr Willie R Griffin?Yes, or no

Do you gave the microphone man information on Willie R Griffin?yes,no

Can you till the Court What was the information

Jackson Missississp Nurise

the nurise do you know what to do if a preson came to her ,and till you he had TB , and it had been tread would you make them take a blood test?yes, or no

Would you ask them take a chest x ray?yes, or no

Do you work with the guard at the shelter ?yes,or no

If you say it would be two week would he wate?yes ,or no

Security of the gateway shelter

Do you know housipal proceerer on TB testing?Yes, or no

Can you till the Court why you would throw people out ?yes, or no

Do you wate for the nurise the call you to till you that It would take 2 week?yes,or no

Chicarago Illinose shelter

Can you bring in food to put in your locker ?yes, or no.Thair is nothing in the rule Booket that say that you can not bring food is it?yes, or no,and upt in to your Locker?yes,or no