UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WILLIE ROGERS GRIFFIN,<br><br>    Plaintiff,<br><br>    v.<br><br>CATHOLIC CHARITIES, PACIFIC CARDON MISSION, GATEWAY RESCUE MISSION, UNIVERSITY MEDICAL CENTER, OMAHA POLICE,<br><br>    Defendants. | Case No. 1:17-cv-00142-BLW-REB<br><br>**JUDGMENT** |

In accordance with the Order issued concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Judgment be entered and that this case be dismissed in its entirety, without prejudice.

DATED: May 4, 2017

_____
B. Lynn Winmill
Chief Judge
United States District Court

JUDGMENT - 1